# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHADEMI DAVOOD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JIMMANZ, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01394-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 15) |

Plaintiff Khademi Davood is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 15, 2021, the Court screened Plaintiff's first amended complaint, found no cognizable claims, and granted Plaintiff thirty days to file a second amended complaint. (ECF No. 15.) Plaintiff has not responded to the Court's order and the time to do so has expired. Accordingly, within fourteen (14) days from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to prosecute, failure to comply with a court order, and failure to state a cognizable claim for relief. Plaintiff's failure to comply with this order will result a recommendation to dismiss the action.

IT IS SO ORDERED.

Dated:   **January 25, 2022**　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1