1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVOOD KHADEMI,

           Plaintiff,

    v.

JIMMANZ, et al.,

           Defendant.

No.  1:21-cv-01394-DAD-SAB (PC)

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS

(Doc. No. 21)

18

19

20

       Plaintiff Davood Khademi is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21

22

23

24

25

26

27

       On February 25, 2022, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed due to plaintiff's failure to state a cognizable claim, failure to comply with a court order, and failure to prosecute.  (Doc. No. 21.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 12.)  To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

28

/////

1

1     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

2   *de novo* review of the case.  Having carefully reviewed the entire file, the court finds the findings

3   and recommendations to be supported by the record and by proper analysis.

4     Accordingly,

5   1.   The findings and recommendations issued on February 25, 2022 (Doc. No. 21) are

6        adopted;

7   2.   This case is dismissed due to plaintiff's failure to state a claim, failure to comply

8        with a court order, and failure to prosecute; and

9   3.   The Clerk of the Court is directed to close this case.

10   IT IS SO ORDERED.

11    Dated:   **March 31, 2022**                          _Dale A. Drozd_

12                                                    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28